ROBINSON & COLE LLP
Adam J. Petitt (NJ Attorney I.D.: 020822008)
1650 Market Street, Suite 3030
Philadelphia, PA 19103
T: (215) 398-0558
E: apetitt@rc.com
*Attorneys for Horizon Blue Cross Blue Shield of New Jersey*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of the University of California, Irvine Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,<br><br>Defendant. | Case No.: 2:24-cv-7482-BRM-CLW<br><br>FILED ELECTRONICALLY<br><br>**CONSENT ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

IT IS HEREBY stipulated and agreed by and between counsel for Plaintiff, The Regents of the University of California, and counsel for Defendant, Horizon Blue Cross Blue Shield of New Jersey, that the parties shall brief the motion to dismiss as follows:

| | |
|---|---|
| October 9, 2024 | Horizon shall file its motion to dismiss |
| November 8, 2024 | Plaintiff shall file its opposition |
| November 22, 2024 | Horizon shall file its reply brief |

Dated: September 13, 2024

| | |
|---|---|
| /s/ Karlene J. Rogers-Aberman | /s/ Adam J. Petitt |
| STEPHENSON, ACQUISTO & COLMAN | ROBINSON & COLE LLP |
| 500 N. Brand Blvd., Suite 1450 | 1650 Market Street, Suite 3030 |
| Glendale, CA 91203 | Philadelphia, PA 19103 |
| (818) 559-4477 | (215) 398-0562 |
| kaberman@sacfirm.com | APetitt@rc.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED:

_____
Brian R. Martinotti
United States District Judge
9/16/2024

2