LAW OFFFICES OF STEPHENSON,
ACQUISTO & COLMAN, INC.
Karlene J. Rogers-Aberman, Esq. (NJ Attorney I.D.: 302962019)
500 N. Brand Blvd., Suite 1450
Glendale, CA 91203
Telephone: 818-559-4477
kaberman@sacfirm.com
Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA *et seq.*

ROBINSON & COLE LLP
Adam J. Petitt NJ Attorney I.D.: 020822008
Joshua Dachs NJ Attorney I.D.: 29712020
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Tel. 215.398.0562
apetitt@rc.com
jdachs@rc.com
Attorneys for Defendant
HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of THE UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER,<br><br>       Plaintiff,<br><br>v.<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,<br><br>       Defendant. | Case No.: 2:24-cv-7482-BRM-CLW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO DISCOVERY** |

Plaintiff THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of THE UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER ("Plaintiff" or "UC Irvine Health") and Defendant HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY ("Defendant" or "Horizon"), by and through their respective counsel of record, hereby stipulate that the discovery deadlines set forth in the Court's Pretrial Scheduling Order be extended, pursuant to FRCP 29, as follows:

## **RECITALS**

WHEREAS this matter was removed to this court pursuant to a Notice of Removal filed by Horizon on July 1, 2024;

WHEREAS, Horizon filed a Notice of Motion to Dismiss on October 9, 2024, with UC Irvine Health filing its Opposition on October 21, 2024 and Horizon filing its Reply on November 22, 2024;

WHEREAS on November 22, 202,4 this Court entered a Pretrial Scheduling Order providing that Interrogatories and Requests for Production were to be propounded by January 28, 2025 and responded to by February 28, 2025; and that fact discovery was to remain open through June, 30, 2025;

WHEREAS, on January 28, 2025, UC Irvine Health propounded a First Set of Requests for Production of Documents and First Set of Interrogatories to Horizon, responses to which are due on February 28, 2025;

WHEREAS, on January 31, 2025, pursuant to an agreed upon extension of the deadline in the Pretrial Scheduling Order, Horizon propounded a First Set of Requests for Production of Documents and  First Set of Interrogatories to UC Irvine Health, responses to which are due on March 3, 2025; and

WHEREAS this Court has not yet issued a ruling on Horizon's Motion to Dismiss.

## **STIPULATION**

THEREFORE, the Parties stipulate that given the pendency of this Court's ruling on Horizon's dispositive motion, and to the extent that said motion is denied in whole or in part, the time for each party to respond to propounded discovery should be extended to 30 days following the Court's ruling.

The parties further request that the fact discovery cut-off be extended to a time deemed appropriate by the Court, based upon when the Court rules on the pending dispositive motion.

Dated:  February 28, 2025

| **STEPHENSON, ACQUISTO & COLMAN, INC.** | **ROBINSON & COLE LLP** |
|---|---|
| /s/ *Karlene J. Rogers-Aberman* <br> Karlene J. Rogers-Aberman <br> NJ Attorney I.D.: 302962019 <br> 500 N. Brand Blvd., Suite 1450 <br> Glendale, CA 91502 <br> Tel. 818.559.4477 <br> Fac. 818.559.5484 <br> kaberman@sacfirm.com <br><br> *Attorneys for UC Irvine Health* | /s/ *Adam J. Petitt* <br> Adam J. Petitt <br> NJ Attorney I.D.: 020822008 <br> Joshua Dachs <br> NJ Attorney I.D.: 29712020 <br> 1650 Market Street, Suite 3030 <br> Philadelphia, PA 19103 <br> Tel. 215.398.0562 <br> apetitt@rc.com <br> jdachs@rc.com <br><br> *Attorneys for Horizon Blue Cross Blue Shield of New Jersey* |