LAW OFFFICES OF STEPHENSON,
ACQUISTO & COLMAN, INC.
Karlene J. Rogers-Aberman, Esq. (NJ Attorney I.D.: 302962019)
500 N. Brand Blvd., Suite 1450
Glendale, CA 91203
Telephone: 818-559-4477
kaberman@sacfirm.com
Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA *et seq.*

ROBINSON & COLE LLP
Adam J. Petitt NJ Attorney I.D.: 020822008
Joshua Dachs NJ Attorney I.D.: 29712020
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Tel. 215.398.0562
apetitt@rc.com
jdachs@rc.com
Attorneys for Defendant
HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of THE UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER, <br><br> Plaintiff, <br><br> v. <br><br> HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, <br><br> Defendant. | Case No.: 2:24-cv-7482-BRM-CLW <br><br> FILED ELECTRONICALLY <br><br> **CONSENT ORDER ON STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO DISCOVERY** |

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED** that the time for each party to respond to propounded discovery is be extended by 30 days from the Court's ruling on Horizon Blue Cross and Blue Shield's pending Motion to Dismiss.

It is further ordered that fact discovery is to remain open through _____, 2025.

Dated:  February 28, 2025

| **STEPHENSON, ACQUISTO & COLMAN, INC.** | **ROBINSON & COLE LLP** |
|---|---|
| /s/ *Karlene J. Rogers-Aberman* <br> Karlene J. Rogers-Aberman <br> NJ Attorney I.D.: 302962019 <br> 500 N. Brand Blvd., Suite 1450 <br> Glendale, CA 91502 <br> Tel. 818.559.4477 <br> Fac. 818.559.5484 <br> kaberman@sacfirm.com <br><br> *Attorneys for UC Irvine Health* | /s/ *Adam J. Petitt* <br> Adam J. Petitt <br> NJ Attorney I.D.: 020822008 <br> Joshua Dachs <br> NJ Attorney I.D.: 29712020 <br> 1650 Market Street, Suite 3030 <br> Philadelphia, PA 19103 <br> Tel. 215.398.0562 <br> apetitt@rc.com <br> jdachs@rc.com <br><br> *Attorneys for Horizon Blue Cross Blue Shield of New Jersey* |

IT IS SO ORDERED:

_____

HONORABLE BRIAN MARTINOTTI

UNITED STATES DISTRICT JUDGE