LAW OFFFICES OF STEPHENSON,
ACQUISTO & COLMAN, INC.
Karlene J. Rogers-Aberman, Esq. (NJ Attorney I.D.: 302962019)
500 N. Brand Blvd., Suite 1450
Glendale, CA 91203
Telephone: 818-559-4477
kaberman@sacfirm.com
Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA *et seq.*

ROBINSON & COLE LLP
Adam J. Petitt NJ Attorney I.D.: 020822008
Joshua Dachs NJ Attorney I.D.: 29712020
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Tel. 215.398.0562
apetitt@rc.com
jdachs@rc.com
Attorneys for Defendant
HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of THE UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER,<br><br>              Plaintiff,<br><br>v.<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,<br><br>              Defendant. | Case No.: 2:24-cv-7482-BRM-CLW<br><br>FILED ELECTRONICALLY<br><br>**CONSENT ORDER ON STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO DISCOVERY** |

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED** that the time for each party to respond to propounded discovery is to be extended by 30 days from the Court's ruling on Horizon Blue Cross and Blue Shield's pending Motion to Dismiss.

**IT IS FURTHER ORDERED** that the Court will discuss discovery deadlines and any necessary changes to deadlines, on the next call on **June 23, 2025 at 12:00 p.m.** The parties shall submit a proposed Amended Pretrial Scheduling Order to chambers via email at CLW_Orders@njd.uscourts.gov no later than 3 days before the scheduled conference.

Dated:  February 28, 2025

| **STEPHENSON, ACQUISTO & COLMAN, INC.**<br><br>/s/ *Karlene J. Rogers-Aberman*<br>Karlene J. Rogers-Aberman<br>NJ Attorney I.D.: 302962019<br>500 N. Brand Blvd., Suite 1450<br>Glendale, CA 91502<br>Tel. 818.559.4477<br>Fac. 818.559.5484<br>kaberman@sacfirm.com<br><br>*Attorneys for UC Irvine Health* | **ROBINSON & COLE LLP**<br><br>/s/ *Adam J. Petitt*<br>Adam J. Petitt<br>NJ Attorney I.D.: 020822008<br>Joshua Dachs<br>NJ Attorney I.D.: 29712020<br>1650 Market Street, Suite 3030<br>Philadelphia, PA 19103<br>Tel. 215.398.0562<br>apetitt@rc.com<br>jdachs@rc.com<br><br>*Attorneys for Horizon Blue Cross Blue Shield of New Jersey* |

IT IS SO ORDERED:

*s/ Cathy L. Waldor*
_____

HONORABLE CATHY L. WALDOR

UNITED STATES MAGISTRATE JUDGE

**Dated: 3/19/25**